Louise MacLaughlan, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Frank Joseph Marhoffer, Respondent, v. Swedish Augustana Home for the Aged, Appellant, Impleaded with Another, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Mechanics' Bank, Respondent, v. J. Harwood Springer and John H. Springer Realty Company, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Anna Nelson, Respondent, v. Richmond Light and Railroad Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Jacob Neu and Others, Copartners, Doing Business under the Firm Name of Neu, Gilchrist & Spedick, Respondents, v. William J. Fox, Defendant. John A. Schwarz, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

William Noble, Respondent, v. Sarah J. Noble, Otherwise Known as Sarah J. Lemmerman, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Nicholas Parella, as Administrator, etc., of John Parella, Deceased, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Moses L. Parshelsky, Appellant, v. Raphael Krasnow and "Mary" Krasnow, His Wife, etc., Respondents.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Jonathan Ring & Son, Incorporated, Appellant, v. Winola Worsted Yarn Company and Another, Defendants, Impleaded with Manufacturers National Bank of Brooklyn, Respondent.—Judgment, in so far as appealed from, affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Eva K. Rowley, Respondent, v. James A. Gorham, Known Also as A. S. Andrews, Appellant.— Order modified by limiting the scope of defendant's examination to matters alleged in the second defense of the answer relative to a release of the contract, and to so much of the third defense as relates to plaintiff's alleged representations that at the time that the promise, if any, was made, she was an unmarried woman, when, in fact, she had a husband living. As thus modified, the order is affirmed, without costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.